No. 74–5878. LEWIS v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–5896. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5900. GREENE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 74–5935. HENRY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5939. MILLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5949. DIXON v. UNITED STATES BOARD OF PAROLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–5950. TALK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5960. NEEDHAM v. UNITED STATES; and
No. 74–6021. JENKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5982. WATSON v. UNITED STATES. C. A. 3rd Cir. Certiorari denied.

No. 74–6006. ROBERTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6007. MIKE v. LEVI, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 74–6038. SHEPHERD v. SHEPHERD. Sup. Ct. Ga. Certiorari denied.